# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. JOSE L. LINARES, U.S.D.J. |
| v. | : | Crim. No. 07-785 |
| AKOUAVI KPADE AFOLABI, <br> a/k/a "Gloria Lawson," <br> a/k/a "Sister," <br> a/k/a "Selina," <br> LASSISSI AFOLABI, <br> a/k/a "Fovi," <br> a/k/a "Bogard," and <br> DERECK HOUNAKEY, <br> a/k/a "Koko" | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Shana W. Chen, Assistant United States Attorney, appearing), defendant Akouavi Kpade Afolabi (Bukie Adetula, Esq., appearing), defendant Lassissi Afolabi (Michael G. Brucki, Esq., appearing), and defendant Dereck Hounakey (Dwight H. Simon Day, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter to allow the defendants and the Office of the United States Attorney for the District of New Jersey to conduct plea negotiations and finalize plea agreements, and the defendants being aware that each has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court, pursuant to Title 18 of the United States Code, Section 3161(c)(1); and the defendants each having consented to the continuance in the above-captioned matter because he needs additional time to confer with

counsel and review discovery; and it appearing that the defendants each have waived such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and the United States and the defendants desire additional time to negotiate plea agreements, which would thereby render trial of this matter unnecessary.

2. Defendants have consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, IT IS on this 16th day of April, 2008

ORDERED that the proceedings in the above-captioned matter are continued for the period of April 4, 2008 through June 3, 2008;

IT IS FURTHER ORDERED that the period between April 4, 2008 through June 3, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that all defense motions shall be filed no later than June 16, 2008;

IT IS FURTHER ORDERED that any response by the Government to defense motions shall be filed no later than June 30, 2008;

IT IS FURTHER ORDERED that oral argument as to any such motions shall be conducted on July 7, 2008; and

IT IS FURTHER ORDERED that the trial in this matter will commence on July 14, 2008, in Newark, New Jersey.

_____
HONORABLE JOSE L. LINARES
United States District Judge

Consented and Agreed to:

_____*Adetula 4/7/08*_____
Bukie Adetula, Esq.


_____
Michael G. Brucki, Esq.


_____
Dwight H. Simon Day, Esq.


_____
Shana W. Chen, AUSA

Consented and Agreed to:

_____
Bukie Adetula, Esq.

_____
Michael G. Brucki, Esq.

_____
Dwight H. Simon Day, Esq.

_____
Shana W. Chen, AUSA

-4-

Consented and Agreed to:

_____
Bukie Adetula, Esq.


_____
Michael G. Brucki, Esq.

_____
Dwight H. Simon Day, Esq.


_____
Shana W. Chen, AUSA

-4-

Consented and Agreed to:

_____
Bukie Adetula, Esq.


_____
Michael G. Brucki, Esq.


_____
Dwight H. Simon Day, Esq.

*/s/ Shana W. Chen*
Shana W. Chen, AUSA

-4-