# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. JOSE L. LINARES, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 07-785 |
| | : | |
| AKOUAVI KPADE AFOLABI, | : | ORDER FOR CONTINUANCE |
|   a/k/a "Gloria Lawson," | : | |
|   a/k/a "Sister," | : | |
|   a/k/a "Selina," | : | |
| LASSISSI AFOLABI, | : | |
|   a/k/a "Fovi," | : | |
|   a/k/a "Bogard," and | : | |
| DERECK HOUNAKEY, | : | |
|   a/k/a "Koko" | : | |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Shana W. Chen, Assistant United States Attorney, appearing), defendant Akouavi Kpade Afolabi (Bukie Adetula, Esq., appearing), defendant Lassissi Afolabi (Michael G. Brucki, Esq., appearing), and defendant Dereck Hounakey (Dwight H. Simon Day, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter to allow the defendants and the Office of the United States Attorney for the District of New Jersey to conduct plea negotiations and finalize plea agreements, and the defendants being aware that each has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court, pursuant to Title 18 of the United States Code, Section 3161(c)(1); and the defendants each having consented to the continuance in the above-captioned matter because he needs additional time to confer with

counsel and review discovery; and it appearing that the defendants each have waived such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and the United States and the defendants desire additional time to negotiate plea agreements, which would thereby render trial of this matter unnecessary.

2. Defendants have consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, IT IS on this 23rd day of May, 2008

ORDERED that the proceedings in the above-captioned matter are continued for the period of June 4, 2008 through August 3, 2008;

IT IS FURTHER ORDERED that the period between June 4, 2008 through August 3, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that all defense motions shall be filed no later than August 15, 2008;

IT IS FURTHER ORDERED that any response by the Government to defense motions shall be filed no later than August 29, 2008;

    IT IS FURTHER ORDERED that oral argument as to any such motions shall be conducted on September 8, 2008; and

    IT IS FURTHER ORDERED that the trial in this matter will commence on September 15, 2008, in Newark, New Jersey.

                       _____
                        HONORABLE JOSE L. LINARES
                        United States District Judge

Consented and Agreed to:

_____  5/20/08
Bukie Adetula, Esq.


_____
Michael G. Brucki, Esq.


_____
Dwight H. Simon Day, Esq.


_____
Shana W. Chen, AUSA

-4-

Consented and Agreed to:

_____
Bukie Adetula, Esq.

_____
Michael G. Brucki, Esq.

_____
Dwight H. Simon Day, Esq.

_____
Shana W. Chen, AUSA