# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. JOSE L. LINARES, U.S.D.J. |
| v. | Crim. No. 07-785 |
| AKOUAVI KPADE AFOLABI, <br> a/k/a "Gloria Lawson," <br> a/k/a "Sister," <br> a/k/a "Selina," <br> LASSISSI AFOLABI, <br> a/k/a "Fovi," <br> a/k/a "Bogard," and <br> DERECK HOUNAKEY, <br> a/k/a "Koko" | <u>ORDER FOR CONTINUANCE</u> |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Shana W. Chen, Assistant United States Attorney, appearing), and defendant Lassissi Afolabi (Michael G. Brucki, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter to allow time for defendant Lassissi Afolabi to meet and confer with the new counsel, and defendant Lassissi Afolabi being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court, pursuant to Title 18 of the United States Code, Section 3161(c)(1); and defendant Lassissi Afolabi having consented to the continuance in the above-captioned matter because he needs additional time to confer with new counsel, prepare a financial affidavit as ordered by the Court to determine the appropriateness of appointment of counsel, and review discovery; and it appearing that defendant Lassissi Afolabi having waived such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant requested, by letter dated July 17, 2008, that current counsel, Michael Brucki, Esq., be removed.

2. On August 5, 2008, the Court ordered that current counsel be removed and that the Federal Public Defender's Office represent the defendant.

3. The grant of a continuance will allow the Assistant Federal Public Defender time to confer with the defendant, to assist the defendant with the preparation of a financial affidavit as ordered by the Court, and to review discovery.

4. Defendant has consented to the aforementioned continuance.

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this ___ day of August, 2008

ORDERED that the proceedings in the above-captioned matter are continued for the period of August 5, 2008 through September 5, 2008;

IT IS FURTHER ORDERED that the period between August 5, 2008 through September 5, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE JOSE L. LINARES
United States District Judge

Consented and Agreed to:

_____
Michael G. Brucki, Esq.

_____
Shana W. Chen, AUSA

-3-