UNITED STATES DISTRICT COURT
District of New Jersey

CHAMBERS OF
JOSE L. LINARES
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S. COURTHOUSE
50 WALNUT ST., ROOM 5054
P.O. Box 999
Newark, NJ 07101-0999
973-645-6042

May 8, 2009

**LETTER ORDER**

Re:   United States v. Akouavi Kpade Afolabi, et al.
      Civil Action No. 07-785 (JLL)

Dear Counsel:

On May 6, 2009, this Court conducted *in camera* interviews with two of the alleged victims in this matter – Vivian Adjei and Rosine Hounakey. The Court met with Ms. Adjei in person and spoke with Ms. Hounakey over the telephone. Each conversation occurred under seal, and each interview took place separately. Both women are adults – Ms. Adjei is 22 and Ms. Hounakey is 19 – and both are of limited educational background, having completed their schooling sometime in the 7th or 8th grade.

The Court asked each individual whether she would or would not like to speak with defense counsel. The Court also informed them that they could speak with a lawyer beforehand, that the Court could appoint a lawyer for them, or that they could make the decision without speaking to anyone. Both Ms. Adjei and Ms. Hounakey stated to the Court in no uncertain terms that they do not want to speak to defense counsel about this case.

Ms. Adjei and Ms. Hounakey having stated their desire not to speak to defense counsel or their representatives, counsel shall be guided accordingly.

    SO ORDERED.

                                    /s/ Jose L. Linares
                                    Jose L. Linares
                                    United States District Judge