UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :
                               :   Crim. No. 07-785 (JLL)
                               :
        v.                     :
                               :   **SCHEDULING ORDER**
                               :
AKOUAVI KPADE AFOLABI, et al.  :

In addition to matters previously scheduled by the Court, and in addition to the Court's standing discovery order, all Counsel in the above-captioned matter should be advised that:

   1.  Any additional pretrial defense motions are to be filed on or before June 8, 2009.

   2.  The Government's response to any additional pretrial defense motions is to be filed on or before June 22, 2009.

   3.  Any defense reply briefs are to be filed on or before June 26, 2009.

   4.  As previously scheduled, oral argument will be heard on July 2, 2009, at 10:00 a.m. as to defendant Kouevi's motions for severance and suppression of his post-arrest statements, and any other motions by the parties as selected by the Court.

   5.  All *in limine* motions are to be filed on or before July 6, 2009.

   6.  The Government shall provide notice to the defense of all evidence it intends to offer of other crimes, wrongs or acts within the meaning of Rule 404(b) of the Federal Rules of Evidence on or before July 7, 2009.

   7.  Counsel shall furnish to the Court an agreed upon statement of the case, requests to charge and propose *voir dire* questions on or before July 7, 2009.

8. The trial in this matter shall commence on July 20, 2009.

									_____
									HONORABLE JOSE L. LINARES
									United States District Court Judge

ORDER ENTERED this 27th day of May, 2009.