UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 07-785 (JLL) |
| | : | |
| AKOUAVI KPADE AFOLABI, et al. | : | **ORDER** |
| | : | |
| Defendant. | : | |

**LINARES**, District Judge.

The Court having held a telephone status conference today; and the parties having been apprised of the following dates; and for good cause shown;

**IT IS** on this **15th day** of **July, 2009**,

**ORDERED** that a suppression hearing regarding Koevi's motion to suppress will take place on July 20, 2009, at 10 AM; and it is further

**ORDERED** that jury selection for the case against Kouevi will begin on July 22, 2009; and it is further

**ORDERED** that jury selection for the case against Afolabi and Kpade will begin on August 28, 2009; and it is further

**ORDERED** that the Afolabi's and Kpade's trial will begin on September 14, 2009.

**IT IS SO ORDERED**.

/s/ Jose L. Linares
United States District Judge

1