UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : CRIMINAL NO. 07-785 (JLL) <br> : <br> AKOUAVI KPADE AFOLABI, et al. : **ORDER** <br> : <br> Defendant. : <br> : | |

**LINARES**, District Judge.

**IT IS** on this **27th day** of **July, 2009**,

**ORDERED** that a general statement of the case and proposed voir dire questions in the Afolabi and Kpade trial are due to the Court no later than August 16, 2009; and it is further

**ORDERED** that jury selection for the case against Afolabi and Kpade will begin on August 26, 2009; and it is further

**ORDERED** that jury charges in the Afolabi and Kpade matter are due by September 3, 2009; and it is further

**ORDERED** that the Afolabi's and Kpade's trial will begin on September 14, 2009.

**IT IS SO ORDERED**.

/s/ Jose L. Linares
United States District Judge

1