# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 07-785 (JLL) |
| AKOUAVI KPADE AFOLABI, et al. | : | **ORDER** |
| Defendant. | : | |

**LINARES**, District Judge.

The Government having moved for admission of certain "voodoo" evidence as both intrinsic to the acts charged as well as admissible under Federal Rule of Evidence 404(b); and the Court having evaluated the briefs submitted both in support of an in opposition to the motion; and the Court having heard oral argument from both sides; and for the reasons set forth on the record during the September 11, 2009 hearing; and for good cause shown;

**IT IS** on this **11th day** of **September, 2009**,

**ORDERED** that the Government's motion is **GRANTED** except as to the use of the word "voodoo," upon which the Court **RESERVES** pending an additional hearing to be held outside the presence of the jury; and it is further

**ORDERED** that Defendant shall submit a proposed limiting instruction.

**IT IS SO ORDERED**.

/s/ Jose L. Linares
United States District Judge