PAUL J. FISHMAN
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-645-2829
Fax. 973-297-2010
email: jordan.anger@usdoj.gov
(FLU:KCPB)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                         *Plaintiff,*<br>     v.<br><br>LASSISSI AFOLABI,<br><br>                                         *Defendant,*<br>     and<br><br>Bank of America, and Wachovia Bank,<br>and its successors or assigns,<br>                                         *Garnishees.* | Hon. Jose L. Linares<br><br>CRIMINAL No.  07-785<br><br>[PROPOSED] ORDER |

Pursuant to Defendant Lassissi Afolabi's request for an extension of time to file objections to writs of garnished sought by the United States of America (Dkt. #234), and the United States having no objection to the request; it is

HEREBY ORDERED that the Court grants Defendant 30 additional days, until July 11, 2012, to file any objections to the writs of garnishment.

Dated this _____ day of June, 2012.

JOSE L. LINARES
United States District Judge
